No. 23-50008

IN THE UNITED STATES COURT OF APPEALS
for the
NINTH CIRCUIT

UNITED STATES OF AMERICA,
   Plaintiff-Appellee,

v.

MAHSA PARVIZ,
   Defendant-Appellant.

On Appeal from the United States District Court
For the Central District of California
The Hon. Stanley Blumenfeld, Jr., Presiding, 2:21-cr-00293-SB

MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF; DECLARATION

MAHSA PARVIZ
P.O. Box 13900
#54652509
Seattle, WA 98198
Defendant-Appellant

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 10 2023

FILED
DOCKETED
DATE         INITIAL

COMES NOW, Mahsa Parviz, and applies to this Court under Ninth Circuit Rule 31-2.2(b), for a 30-day extension of time to file the Opening Brief in this case.

This motion is based upon the attached declaration, all files and records in this case, and any other information which may be properly brought to the attention of this Court in connection with the consideration of this motion.

Date: July 3, 2023

Respectfully submitted,

_____
MAHSA PARVIZ
Defendant-Appellant

## DECLARATION OF MAHSA PARVIZ

I declare under penalty of perjury that, to the best of my knowledge, the following is true and correct:

I am the Defendant-Appellant on this appeal. I was in the special housing unit until approximately two months ago and did not have access to the legal papers necessary to begin working on the brief. I was also unable to communicate with any counsel, despite numerous requests for a legal call through the FDC SeaTac counselor. I will keep trying to schedule a legal call with AUSA Kathrynne Seiden to ascertain the Government's position on the FRAP 9 Motion for bail pending appeal, which was docketed today in this matter.

The opening brief contains confidential information and I have communicated with AUSA Seiden via USPS certified mail twice last week but have not been advised as to the Government's position. I believe the issue of confidentiality needs to be resolved and given the delays with traditional mail, I am requesting a 30-day extension to August 30, 2023, to resolve this issue.

Date: July 3, 2023

Respectfully submitted,

MAHSA PARVIZ
Defendant-Appellant

2

Monday, July 3rd, 2023

In re: Cause No. 23-50008

Dear Clerk,

Please file the enclosed 'MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF; DECLARATION' in the above-numbered cause and remit a file-stamped copy of this filing and any orders issued.

As always, thank you in advance for your assistance and I hope you enjoy Independence Day.

Sincerely,

Mahsa Parviz